IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHEVRON U.S.A. INC.,

    Plaintiff,

  v.

SSD & ASSOCIATES,

    Defendant.
                                       /

No. C 05-03276 WHA

**COURT NOTICE RE ADVANCING TRIAL DATE**

    Your case is set for trial in August 2006. The Court would like to consider advancing the trial to April or May 2006. Please file a joint statement by **MARCH 1, 2006**, as to this prospect.

**IT IS SO ORDERED.**

Dated: February 23, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE