PILLSBURY WINTHROP SHAW PITTMAN LLP
ROBERT C. PHELPS  106666
robert.phelps@pillsburylaw.com
MICHELLE R. WATTS  232460
michelle.watts@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Plaintiff
CHEVRON U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEVRON U.S.A. INC., <br><br> Plaintiff, <br><br> vs. <br><br> SSD & ASSOCIATES, <br><br> Defendant. | No. C 05-03276 WHA <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE VOLUNTARY ADR PROCEDURE |

Plaintiff CHEVRON U.S.A. INC. and Defendant SSD & ASSOCIATES, through their respective counsel, and upon the recommendation of the court's ADR Case Administrator, hereby request that the Court extend the time for completion of voluntary ADR to April 20, 2006, for the reasons set forth below.

The parties have agreed to a voluntary mediation of this dispute and have scheduled such mediation before William Quinby, Esq., of Wulff, Quinby & Sochynsky, 1901 Harrison Street, Suite 1420, Oakland, CA 94612. The parties have a confirmed date for the mediation of April 13, 2006.

The parties previously had scheduled a mediation before Mr. Quinby for February 13, 2006. Due to an unanticipated schedule conflict on the part of Chevron's client

1  representative, that date was rescheduled. The parties have selected April 13, 2006 as their
2  mediation date, principally for two reasons: (1) to accommodate the trial schedule of
3  SSD's counsel (who has a three week trial in San Joaquin Superior Court starting March __
4  2006) and (2) to permit the parties to depose certain witnesses in advance of the mediation.
5        For the foregoing reasons, the parties respectfully request that the deadline for
6  completing mediation be extended to April 20, 2006.
7        Dated: February __, 2006.

8                                         PILLSBURY WINTHROP SHAW PITTMAN LLP
                                       ROBERT C. PHELPS
9                                         MICHELLE R. WATTS
                                       50 Fremont Street
10                                       Post Office Box 7880
                                     San Francisco, CA 94120-7880
11
12
                                   By    /S/ Robert C. Phelps
13                                           Robert C. Phelps

14                                    Attorneys for Plaintiff
                                   CHEVRON U.S.A. INC.
15
16       Dated: February 27 2006.
17                                    PEREZ & MILLER
                                   Richard L. Perez
18                                    3730 Mt. Diablo Boulevard
                                   Suite 335
19                                    Lafayette, CA 94549
20
21                                    By
22                                          Richard L. Perez

                                   Attorneys for Defendant
23                                    SSD & ASSOCIATES
24
25
26       Based upon the representations of counsel herein and good cause appearing, it is
27 hereby ORDERED that the deadline for completion of voluntary ADR proceedings in this
28 case is extended to April 20, 2006.

1 | Dated: February 28, 2006.



By _____
Judge William Alsup