```
PILLSBURY WINTHROP SHAW PITTMAN LLP
ROBERT C. PHELPS  106666
robert.phelps@pillsburylaw.com
MICHELLE R. WATTS  232460
michelle.watts@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Plaintiff
CHEVRON U.S.A. INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEVRON U.S.A. INC., <br><br> Plaintiff, <br><br> vs. <br><br> SSD & ASSOCIATES, <br><br> Defendant. | No. C 05-03276 WHA <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO COMPLETE VOLUNTARY ADR PROCEDURE |

    Plaintiff CHEVRON U.S.A. INC. and Defendant SSD & ASSOCIATES, through their respective counsel, and following discussions with the assigned mediator in this matter (William Quinby, Esq.), hereby request that the Court extend the time for completion of voluntary ADR to May 20, 2006, for the reasons set forth below.

    The parties have agreed to a voluntary mediation of this dispute and have scheduled such mediation before William Quinby, Esq., of Wulff, Quinby & Sochynsky, 1901 Harrison Street, Suite 1420, Oakland, CA 94612. The parties previously had scheduled a mediation before Mr. Quinby for April 13, 2006. This request for additional time for completion of mediation comes as a result of discussions with Mr. Quinby regarding the likelihood of settlement at mediation at this time, given the posture of the case.

1   For the foregoing reasons, the parties respectfully request that the deadline for
2   completing mediation be extended an additional 30 days, to May 20, 2006.

3   Dated: April 11, 2006.

4                                   PILLSBURY WINTHROP SHAW PITTMAN LLP
                                    ROBERT C. PHELPS
5                                   MICHELLE R. WATTS
                                    50 Fremont Street
6                                   Post Office Box 7880
                                    San Francisco, CA 94120-7880
7

8                                        /s/ Robert C. Phelps
                                    By _____
9                                            Robert C. Phelps

10                                  Attorneys for Plaintiff
                                    CHEVRON U.S.A. INC.
11

12  Dated: April __, 2006.

13                                  PEREZ & MILLER
                                    Richard L. Perez
14                                  3730 Mt. Diablo Boulevard
                                    Suite 335
15                                  Lafayette, CA 94549

16

17                                  By _____
                                             Richard L. Perez
18
                                    Attorneys for Defendant
19                                  SSD & ASSOCIATES

20
21
22
23
24
25
26
27
28

1   Based upon the representations of counsel herein and good cause appearing, it is
2   hereby ORDERED that the deadline for completion of voluntary ADR proceedings in this
3   case is extended to May 20, 2006.

Dated: April 17 2006.

By _____
        /s/ William Alsup
        United States District Court Judge