IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | | |
| | Plaintiff, | No. C 05-03276 WHA |
| v. | | |
| SSD & ASSOCIATES, | | **FINAL PRETRIAL ORDER** |
| | Defendant. | |

**FOR GOOD CAUSE** and after a final pretrial conference, the Court issues the following final pretrial order:

1. This case shall go to a **BENCH TRIAL** on **AUGUST 21, 2006**, at **7:30 A.M.**, and shall continue until completed on the schedule discussed at the conference. The issues to be tried shall be those set forth in the joint proposed pretrial order except to the extent modified by order *in limine*. This final pretrial order supersedes all the complaint, answer and any counterclaims, cross-claims or third-party complaints, *i.e.*, only the issues expressly identified for trial remain in the case.

2. The stipulations are now deemed in evidence for trial purposes.

3. Except for good cause, each party is limited to the witnesses and exhibits disclosed in the joint proposed final pretrial order less any excluded or limited by an order *in limine*. Materials or witnesses used solely for impeachment need not be disclosed and may

1  be used, subject to the rules of evidence.  Mr. Dommen is stricken as a defense witness for the
2  case in chief for the reason stated at the final pretrial conference.
3      4.   Each side shall have **EIGHT HOURS** to examine witnesses (counting direct
4  examination, cross-examination, redirect examination, recross-examination, etc.).  Both sides
5  agree.  Opening statements (ten minutes per side) and closing arguments (to be determined)
6  shall not count against the limit.
7      5.   The parties shall follow the Court's current *Guidelines for Trial and*
8  *Final Pretrial Conference*, separately provided and available on the Internet at
9  http://www.cand.uscourts.gov, which guidelines are incorporated as part of this order.

**IT IS SO ORDERED.**

Dated:  July 31, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE