IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON U.S.A. INC., | No. C 05-03276 WHA |
| Plaintiff, | |
| v. | **NOTICE** |
| SSD & ASSOCIATES, | |
| Defendant. | |

Closing arguments for the case will be heard at 7:30 a.m. on Wednesday, September 6, 2006. Each side will have about 30 minutes. In a few days, the Court may circulate a list of topics to cover beyond those in today's list for supplemental briefing.

**IT IS SO ORDERED.**

Dated: August 29, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE