IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> SSD & ASSOCIATES, <br><br> Defendant. | No. C 05-03276 WHA <br><br> **ORDER CONTINUING CLOSING ARGUMENTS AND REQUESTING FURTHER BRIEFING** |

Closing arguments are continued until **3 P.M., MONDAY, SEPTEMBER 11, 2006**. Please submit a response to the questions below by **NOON, WEDNESDAY, SEPTEMBER 6, 2006**. Each party's response should be no longer than eight pages total, without footnotes.

• What does the trial record show was the year Chevron opened competing stations and where in relation to SSD's?

• What specific evidence shows the extent of actual competition and actual competitive injury to SSD from the Chevron store?

• What does the trial record show was Surinder Dhillon's role in the Pleasant Hill station and litigation?

• Does the trial record show whether SSD had obtained any extensions to file its returns late?

• Does the trial record show what penalties and other amounts SSD had to pay to come current on its tax obligations?

- What does the trial record contain that would explain the significance of the conceded reduction in the number of third-party stations by reason of conversion to second-party stations? The significance of these terms is mysterious. It is not clear why this would provide a sinister termination motive to Chevron.

**IT IS SO ORDERED.**

Dated: August 31, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2