IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON U.S.A. INC., | No. C 05-03276 WHA |
| Plaintiff, | |
| v. | **NOTICE RE ORAL ARGUMENT** |
| SSD & ASSOCIATES, | |
| Defendant. | |

For today's closing argument, counsel may wish to address:

1) Does the trial record prove up Chevron's claim that SSD defrauded the state by underpaying sales taxes, or rather does the record show that the state was correctly paid and that Chevron was overpaid (due to the inclusion of sales taxes in the EPOS reports)?

2) Is *Reyes* still fully good law? Is the mixed-motive analysis of *Reyes* still good?

**IT IS SO ORDERED.**

Dated: September 11, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE