IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON U.S.A. INC., | No. C 05-03276 WHA |
| Plaintiff, | |
| v. | **ORDER TO CLARIFY PROPOSED JUDGMENT** |
| SSD & ASSOCIATES, | |
| Defendant. | |

Mr. Perez must immediately submit his proposed form of judgment.

**IT IS SO ORDERED.**

Dated: September 26, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE