IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON U.S.A. INC., | No. C 05-03276 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO POST SUPERSEDEAS BOND** |
| SSD & ASSOCIATES, | |
| Defendant. | |

SSD's request for a one-week extension of time to post the $100,000 supersedeas bond is **GRANTED**. The bond must be posted by November 27, 2006. No further extensions will be granted.

**IT IS SO ORDERED.**

Dated: November 17, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE