**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON U.S.A. INC., | No. C 05-03276 WHA |
| Plaintiff, | |
| v. | **NOTICE** |
| SSD & ASSOCIATES, | |
| Defendant. | |

The Court has received a voluminous package of materials from Tim Dhillon. This is not a proper filing. Indeed, it is not a filing at all. It is not part of the record in this case. The Court will ignore it. Any motions by the parties must be properly made through counsel.

**IT IS SO ORDERED.**

Dated: December 7, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE