PILLSBURY WINTHROP SHAW PITTMAN LLP
ROBERT C. PHELPS 106666
robert.phelps@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Plaintiff
CHEVRON U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEVRON U.S.A. INC., <br><br> Plaintiff, <br><br> vs. <br><br> SSD & ASSOCIATES, <br><br> Defendant. | No. C 05-03276 WHA <br><br> STIPULATION AND [PROPOSED] ORDER FOR RELEASE OF APPEAL BOND |

     Plaintiff CHEVRON U.S.A. INC. and defendant SSD & ASSOCIATES, through their respective counsel, hereby stipulate and request that the Court order the release and return of the appeal bond previously posted by defendant SSD & Associates, for the reasons set forth below.

     Whereas judgment in this matter was entered in favor of plaintiff Chevron U.S.A. Inc. on or about September 28, 2006 (Dkt. No. 113); and

     Whereas the Court, on November 9, 2006, stayed enforcement of the judgment pending SSD & Associates' appeal of the judgment to the Ninth Circuit Court of Appeals

1 and conditioned the stay on SSD & Associates' posting of a bond in the amount of
2 $100,000 (Dkt. No. 141); and
3      Whereas SSD & Associates timely posted the required bond (Dkt. No. 147); and
4      Whereas the parties to this action have since settled all disputes arising out of this
5 action and SSD & Associates has dismissed its appeal (Dkt. No. 161); and
6      Whereas plaintiff Chevron U.S.A. Inc. claims no further interest in the bond or its
7 proceeds and both parties to this action agree that the bond should be released forthwith;
8      Now, therefore, the parties hereby stipulate and request that the Court order that the
9 bond be exonerated, and direct the Clerk of Court to release the bond forthwith and deliver
10 it to SSD & Associates or its authorized representative.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | Dated: February 21, 2008. |
| 2 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 3 | ROBERT C. PHELPS |
| | 50 Fremont Street |
| | Post Office Box 7880 |
| 4 | San Francisco, CA 94120-7880 |
| 5 | |
| 6 | By /s/Robert C. Phelps |
| | Robert C. Phelps |
| 7 | |
| 8 | Attorneys for Plaintiff |
| | CHEVRON U.S.A. INC. |

Dated: February __, 2008.

PEREZ & MILLER
A Professional Corporation
Richard L. Perez
3730 Mt. Diablo Boulevard
Suite 335
Lafayette, CA 94549


By _____
Richard L. Perez

Attorneys for Defendant
SSD & ASSOCIATES

1     Dated: February    , 2008.

2                              PILLSBURY WINTHROP SHAW PITTMAN LLP
                               ROBERT C. PHELPS

3                                50 Fremont Street
                               Post Office Box 7880

4                                San Francisco, CA 94120-7880

5

6                                By _____
                                         Robert C. Phelps

7                                Attorneys for Plaintiff

8                                CHEVRON U.S.A. INC.

9     Dated: February 19, 2008.

10

11                               PEREZ & MILLER
                              A Professional Corporation
                              Richard L. Perez

12                              3730 Mt. Diablo Boulevard
                             Suite 335

13                              Lafayette, CA 94549

14

15                              By _____
                                         Richard L. Perez

16

17                              Attorneys for Defendant
                             SSD & ASSOCIATES

18

19

20

21

22

23

24

25

26

27

28

ORDER

Based upon the representations of counsel herein and good cause appearing, it is hereby ORDERED that the bond previously posted in this matter by Defendant SSD & Associates (Dkt. No. 147) be and hereby is exonerated as of the date of entry of this Order, and that the Clerk of Court is hereby authorized and directed to forthwith release said bond to defendant SSD & Associates or its authorized representative.

Dated: February 22, 2008.

By _____
Hon. William H. Alsup
United States District Court Judge

*IT IS SO ORDERED / Judge William Alsup / United States District Court, Northern District of California*

| | |
|---|---|
| 1 | Docket No. C05-03276 WHA |
| 2 | PROOF OF SERVICE BY MAIL |

I, LARRY J. POLLITT, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3. I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4. On February 21, 2008, at 50 Fremont Street, San Francisco, California, I served a true copy of the attached document titled exactly STIPULATION AND [PROPOSED] ORDER FOR RELEASE OF APPEAL BOND by placing it in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

**Elliot L. Bien, Esq.**
**Bien & Summers LLP**
**23 Palomino Road**
**Novato, CA 94947**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of February, 2008, at San Francisco, California.

_____
LARRY J. POLLITT

Proof of Service by Mail
700997095v1